**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony Antonio SMITH,**
**Defendant–Appellant.**

No. 02–6426.

United States Court of Appeals,
Fourth Circuit.

Submitted May 30, 2002.

Decided June 7, 2002.

Anthony Antonio Smith, Appellant Pro Se. Elizabeth Jean Howard, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Antonio Smith seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Smith,* Nos. CR–97–129; CA–01–3599–6–13 (D.S.C. filed Jan. 30, 2002 & entered Jan. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*